FILED
BILLINGS DIV.

2007 OCT 23 PM 1 15

PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>VLADIMIR LORENZANA-IRRA,<br><br>                    Defendant. | No. CR-07-121-BLG-RFC<br><br>FINDINGS AND<br>RECOMMENDATIONS<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to Count One of the Information. There was no plea agreement.

After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a guilty plea was entered contained each of the essential elements of the offense.

I recommend that the Defendant be adjudged guilty and that sentence be imposed.

The Defendant is advised that any objections to these Findings and Recommendation are

waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 23rd day of October, 2007.

_____
CAROLYN S. OSTBY
United States Magistrate Judge